24279, 24280.   WESTERN & ATLANTIC RAILROAD
COMPANY v. DAVIS et al.; and vice versa.

GRICE, Justice. These two appeals arise from a suit for personal injuries and involve rulings upon the pleadings.

In Case No. 24279, jurisdiction of this court is claimed because of certain constitutional questions as to an ordinance of a municipality. However, such issues fall within the jurisdiction of the Court of Appeals, not of this court. *Shipman v. Johnson,* 210 Ga. 174 (78 SE2d 515); *Beard v. City of Atlanta,* 211 Ga. 25 (2) (83 SE2d 594).

In Case No. 24280, no basis for jurisdiction of this court is claimed, and none exists. Therefore, both cases are

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED SEPTEMBER 12, 1967—DECIDED SEPTEMBER 21, 1967.

*Mitchell & Mitchell, D. W. Mitchell, Jr.*, for appellant.
*McDonald, Longley, McDonald & McDonald, Pittman & Kinney, L. Hugh Kemp*, for appellees.